UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
APR 1 2 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. **4:23CR193-JAR/RHH** |
| ) | |
| GARFIELD L. MCNEESE, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

### Count I

The Grand Jury charges that:

On or about December 12, 2022, in St. Charles County, in the State of Missouri, within the Eastern District of Missouri, the defendant, **GARFIELD L. MCNEESE,** did knowingly and intentionally possess with intent to distribute to another person a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### Count II

The Grand Jury further charges that:

On or about December 12, 2022, in St. Charles County, in the State of Missouri, within the Eastern District of Missouri, the defendant, **GARFIELD L. MCNEESE,** did knowingly and intentionally possess with intent to distribute to another person a mixture or substance containing a detectable amount of fentanyl analogue, a Schedule II controlled substance, in violation of Title

21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JOHN R. MANTOVANI #50867MO
Assistant United States Attorney